TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00486-CV

Anthony Perez, Appellant

v.

Richard Waters Construction, Inc., Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY

NO. 240,754, HONORABLE ORLINDA L. NARANJO, JUDGE PRESIDING

PER CURIAM

 Because Anthony Perez has neither paid for nor made arrangements to pay for the
clerk's record, we will dismiss this appeal for want of prosecution. See Tex. R. App. P.
35.3(a)(2).

 The Clerk of this Court filed Appellant's Notice of Appeal on August 31, 1998. 
By letter dated January 4, 1999, the Clerk of this Court notified the county clerk's office of Travis
County that the clerk's record was overdue. Notice was received from the county clerk's office
on February 26, 1999, that the clerk's record had not been paid for, nor had arrangements been
made.

 By letter dated March 16, 1999, and again on April 29, 1999, appellant's attorney
was requested to submit a status report regarding this matter. Appellant was informed that failure
to pay, or to make arrangements to pay, for the record could result in dismissal of his appeal. 
Thus far, appellant has failed to respond to this request.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Justices Jones, B. A. Smith and Yeakel

Dismissed for Want of Prosecution

Filed: June 4, 1999

Do Not Publish